DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LILLIAN C. FELL,**
Appellant,

v.

The Estate of **JAMES R. FELL,**
Appellee.

No. 4D21-1816

[June 30, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. 01-005349 FMCE (35).

Joseph D. Garrity of Lorium Law, Fort Lauderdale, for appellant.

Nancy W. Gregoire Stamper of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Christopher N. Link of Christopher N. Link, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***